UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JAMES A. PEQUIGNOT, JR., <br><br> Plaintiff, <br><br> v. <br><br> HANSON and MARINKO, <br><br> Defendants. | CAUSE NO. 1:25-CV-180-HAB-SLC |

OPINION AND ORDER

James A. Pequignot, Jr., by counsel, filed a complaint alleging he was subjected to excessive force by police on October 29, 2023. ECF 1. Because he is proceeding in forma pauperis, under 28 U.S.C. § 1915(d), the court must issue and serve process.

For these reasons, the court:

(1) GRANTS James A. Pequignot, Jr., leave to proceed against Hanson and Marinko as described in the complaint;

(2) DIRECTS the clerk, under 28 U.S.C. § 1915(d), to request Waiver of Service from (and if necessary, the United States Marshals Service to use any lawful means to locate and serve process on) Hanson and Marinko with a copy of this order and the complaint (ECF 1);

(3) ORDERS the Fort Wayne Chief of Police to provide the full name, date of birth, and last known home address of any defendant who does not waive service if he has such information; and

(4) ORDERS, under 42 U.S.C. § 1997e(g)(2), A Hanson and Marinko to respond, as provided in the Local Rules for the Northern District of Indiana and the Federal Rules of Civil Procedure.

SO ORDERED on April 17, 2025.

                                                  s/ Holly A. Brady
                                                  CHIEF JUDGE
                                                  UNITED STATES DISTRICT COURT